440 A.2d 1244

Drevers, etc., Appellant v. Booz, et al.

Argued December 5, 1979. Ellen Fanning, for appellant; John J. Hart, for Booz, appellee; David Durben, did not file a brief on behalf of Smith, appellee.

Before SPAETH, CAVANAUGH and O'KICKI, JJ.*
Affirmed.

CAVANAUGH, J., concurred in the result.